**EXHIBIT A**

Case 2:15-cv-01406-TSZ   Document 18-1   Filed 03/09/16   Page 1 of 4

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-744-688**

Effective date of registration:

October 22, 2014

## Title
- **Title of Work:** The Cobbler

## Completion/Publication
- **Year of Completion:** 2014

## Author
- **Author:** Cobbler Nevada, LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Cobbler Nevada, LLC
  116 North Robertson Boulevard, Suite 200, Los Angeles, CA, 90048, United States

## Limitation of copyright claim
- **Material excluded from this claim:** script/screenplay
- **Previous registration and year:** PAu003742177
- **New material included in claim:** all other cinematographic material, additional new footage, production as a motion picture, editing, photography, dialogue, music, special effects

## Certification
- **Name:** Emilie Kennedy
- **Date:** October 19, 2014

Page 1 of 1

**EXHIBIT B**

| No | IP Address | HitDate UTC (mm/dd/yy) | File Name | File Hash | City |
|---|---|---|---|---|---|
| 1 | 50.132.60.251 | 5/16/15 10:20:23 PM | The.Cobbler.2014.480p.WEBRip.XViD.AC3-GLY | SHA1: 34963BE960B2D7C19FE766DB03EFE8CBB51E4271 | Bellingham |
| 2 | 98.247.14.47 | 4/17/15 04:22:53 AM | The.Cobbler.2014.480p.WEBRip.XViD.AC3-GLY | SHA1: 34963BE960B2D7C19FE766DB03EFE8CBB51E4271 | Tacoma |
| 3 | 98.247.39.93 | 4/8/15 07:02:03 PM | The.Cobbler.2014.480p.WEBRip.XViD.AC3-GLY | SHA1: 34963BE960B2D7C19FE766DB03EFE8CBB51E4271 | Redmond |
| 4 | 67.183.130.107 | 4/5/15 03:57:11 AM | The.Cobbler.2014.480p.WEBRip.XViD.AC3-GLY | SHA1: 34963BE960B2D7C19FE766DB03EFE8CBB51E4271 | Lacey |
| 5 | 73.169.185.24 | 4/2/15 08:49:19 PM | The.Cobbler.2014.480p.WEBRip.XViD.AC3-GLY | SHA1: 34963BE960B2D7C19FE766DB03EFE8CBB51E4271 | Seattle |
| 6 | 71.231.30.161 | 4/2/15 06:45:45 AM | The.Cobbler.2014.480p.WEBRip.XViD.AC3-GLY | SHA1: 34963BE960B2D7C19FE766DB03EFE8CBB51E4271 | Renton |
| 7 | 24.22.175.41 | 3/28/15 12:44:50 PM | The.Cobbler.2014.480p.WEBRip.XViD.AC3-GLY | SHA1: 34963BE960B2D7C19FE766DB03EFE8CBB51E4271 | Federal Way |
| 8 | 24.18.1.206 | 3/23/15 05:03:23 AM | The.Cobbler.2014.480p.WEBRip.XViD.AC3-GLY | SHA1: 34963BE960B2D7C19FE766DB03EFE8CBB51E4271 | Burlington |
| 9 | 24.16.152.14 | 3/23/15 03:22:35 AM | The.Cobbler.2014.480p.WEBRip.XViD.AC3-GLY | SHA1: 34963BE960B2D7C19FE766DB03EFE8CBB51E4271 | Bellevue |
| 10 | 73.42.137.76 | 5/15/15 03:57:19 AM | The.Cobbler.2014.480p.WEBRip.XViD.AC3-GLY | SHA1: 34963BE960B2D7C19FE766DB03EFE8CBB51E4271 | Bonney Lake |
| 11 | 73.169.157.89 | 02/04/2015 06:53:30 | The.Cobbler.2014.480p.WEBRip.XViD.AC3-GLY | SHA1: 34963BE960B2D7C19FE766DB03EFE8CBB51E4271 | Tacoma |