Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COBBLER NEVADA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TAPEH GODO, an individual; <br> EDDWARD STRAW, an individual; <br> RICHARD SAYA, an individual; <br> PHILIP LAMBERT, an individual; <br> RAYMUNDO CABALLERO, an individual; <br> PHILLIP LEWIS, an individual; and <br> JANE KIM, an individual, <br><br> Defendants. | Civil Action No. 15-cv-1406TSZ <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE OF RAYMUNDO CABALLERO (DOE 8) |

Pursuant to Rule 41(a)(1)(A)(ii) and according to the terms of a Confidential Settlement Agreement wherein Defendant Raymundo Caballero (Doe 8) agreed to (a) cease directly, contributorily or indirectly infringing Plaintiff's rights in its valid and enforceable copyrighted work *The Cobbler*, Copyright Registration No. PAu 3-744-688, including without limitation by using the Internet to reproduce, copy, distribute or to make the motion picture available for distribution to the public, except pursuant to a lawful written license from Plaintiff; (b) destroy all unauthorized copies or parts thereof of *The Cobbler* in its possession or subject to Defendant's control, including without limitation that downloaded onto any computer hard drive or server or otherwise saved onto any physical medium or device, without Plaintiff's authorization; and (c) pay Plaintiff a

STIPULATION OF DISMISSAL - 1
Civil Action No. 15-cv-1406TSZJ
INIP-6-0021P10 SDMISS - Doe 8 (Caballero)



LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

monetary sum for statutory damages, Plaintiff Cobbler Nevada, LLC hereby dismisses its claims against Defendant with prejudice and with each side bearing its own fees and costs.

| | |
|---|---|
| s/ David A. Lowe, WSBA No. 24,453<br>Lowe@LoweGrahamJones.com<br>LOWE GRAHAM JONES<sup>PLLC</sup><br>701 Fifth Avenue, Suite 4800<br>Seattle, WA 98104<br>T: 206.381.3300<br>F: 206.381.3301<br><br>*Attorneys for Plaintiff* | s/John Whitaker, WSBA No. 28,868<br>john@wlawgrp.com<br>WHITAKER LAW GROUP<br>1218 Third Avenue, Suite 1809<br>Seattle, WA 98101<br>T: 206.436.8500<br>F: 206.694.2203<br><br>*Attorneys for Defendant* |

STIPULATION OF DISMISSAL - 2

Civil Action No. 15-cv-1406TSZ

INIP-6-0021P10 SDMISS - Doe 8 (Caballero)

LOWE GRAHAM JONES<sub>PLLC</sub>
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301