Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COBBLER NEVADA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TAPEH GODO, an individual; <br> EDDWARD STRAW, an individual; <br> RICHARD SAYA, an individual; <br> PHILIP LAMBERT, an individual; <br> RAYMUNDO CABALLERO, an individual; <br> PHILLIP LEWIS, an individual; and <br> JANE KIM, an individual, <br><br> Defendants. | Civil Action No. 15-cv-1406TSZ <br><br> ENTRY OF DEFAULT AGAINST EDWARD STRAW |

It appearing that Defendant Edward Straw has failed to answer, plead or otherwise defend, default is hereby entered.

DATED this ___ day of _____ 2016.

_____
Clerk of the Court

ENTRY OF DEFAULT
Civil Action No. 15-cv-1406TSZ
INIP-6-0021P14 ORDERNTRYDefault - Doe 3

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301