Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COBBLER NEVADA, LLC, | Civil Action No. 15-cv-1406TSZ |
| Plaintiff, | VOLUNTARY DISMISSAL OF DOES 11 |
| v. | |
| TAPEH GODO, an individual; EDDWARD STRAW, an individual; RICHARD SAYA, an individual; PHILIP LAMBERT, an individual; RAYMUNDO CABALLERO, an individual; PHILLIP LEWIS, an individual; and JANE KIM, an individual, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) and according to the terms of a Confidential Settlement Agreement wherein Defendants Phillip Lewis and Jane Kim (Does 11) agreed to (a) cease directly, contributorily or indirectly infringing Plaintiff's rights in its valid and enforceable copyrighted work *The Cobbler*, Copyright Registration No. PAu 3-744-688, including without limitation by using the Internet to reproduce, copy, distribute or to make the motion picture available for distribution to the public, except pursuant to a lawful written license from Plaintiff; (b) destroy all unauthorized copies or parts thereof of *The Cobbler* in its possession or subject to Defendant's control, including without limitation that downloaded onto any computer hard drive or server or otherwise saved onto any physical medium or device, without Plaintiff's authorization; and (c) pay Plaintiff a

VOLUNTARY DISMISSAL
Civil Action No. 15-cv-1406TSZ
INIP-6-0021P13 VDMISS - Does 11

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1  monetary sum for statutory damages, Plaintiff Cobbler Nevada, LLC hereby dismisses its claims
2  against Defendants with prejudice and with each side bearing its own fees and costs.

3
4
                                                    s/ David A. Lowe, WSBA No. 24,453
                                                         Lowe@LoweGrahamJones.com

5  LOWE GRAHAM JONES$^{PLLC}$
6  701 Fifth Avenue, Suite 4800
   Seattle, WA 98104
   T: 206.381.3300

7  *Attorneys for Plaintiff*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION OF DISMISSAL - 2
Civil Action No. 15-cv-1406TSZ
INIP-6-0021P13 VDMISS - Does 11

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301