UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COBBLER NEVADA LLC,

Plaintiff(s),

vs.

DOE 1, et al.,

Defendant(s).

No. 2:15−cv−01406−TSZ

ORDER OF DEFAULT

THIS MATTER comes before the Clerk of the Court on Plaintiff Cobbler Nevada, LLC's motion, and it appearing that Defendant Richard Saya has failed to timely plead or otherwise defend in this action, the default of Defendant Richard Saya is hereby entered.

IT IS SO ORDERED.

DATED this  June 23, 2016

WILLIAM M. MCCOOL, Clerk

By: __/s/  Karen Dews__
Karen Dews
Deputy Clerk

ORDER OF DEFAULT − 1